KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

E-FILED ***12/7/06***

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DACHUAN ZHANG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, United States Attorney ) <br> General; MICHAEL CHERTOFF, Secretary ) <br> of the Department of Homeland Security; ) <br> EMILIO T. GONZALEZ, Director of United ) <br> States Citizenship and Immigration Services; ) <br> DAVID STILL, San Francisco District Director, ) <br> United States Citizenship and Immigration ) <br> Services; ROBERT S. MUELLER, Director of ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendants. ) <br> ) | No. C 06-6657 RMW <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-6657 RMW

1 | Date: November 29, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 28, 2006

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/7/06

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C 06-6657 RMW